# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUIS NATALE, DANIEL RUVIN, MICHAEL DALLAS, BETTY BARNES, ALFRED DITULLIO, HARVEY SKLAR, ALBERT JOHN ELLOR, FRANK HIGGINS, ANTHONY MARINO, STEPHEN PERRY, LINDA BURGER and ANTHONY ROMANO,<br><br>    Plaintiffs,<br><br>  v.<br><br>MISSION SOLUTIONS LLC d/b/a MISSION SOLUTIONS ENGINEERING,<br><br>    Defendant. | Case No. 13-4896-JHR-JS<br><br>Filed Via ECF |

## STIPULATION OF DISMISSAL

It is hereby stipulated between the parties that the above-captioned matter is dismissed with prejudice and without costs.

Respectfully submitted,

*/s/ Scott B. Goldshaw, Esquire*
Scott B. Goldshaw
Salmanson Goldshaw, P.C.
Two Penn Center
1500 JFK Blvd., Suite 1230
Philadelphia, PA  19102
(215) 640-0593 (main)
goldshaw@salmangold.com

Attorneys for Plaintiffs Louis Natale, Daniel Ruvin, Michael Dallas, Betty Barnes, Alfred Ditullio, Harvey Sklar, Albert John Ellor, Frank Higgins, Anthony Marino, Stephen Perry, Linda Burger and Anthony Romano

Date:  January 13, 2017

Respectfully submitted,

*/s/ William J. Leahy, Esquire*
William J. Leahy
Rachel Fendell Satinsky
Littler Mendelson, P.C.
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19102
(267) 402-3000 (main)
wleahy@littler.com

Attorney for Defendant Mission Solutions LLC d/b/a Mission Solutions Engineering

Date:  January 13, 2017